**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2448**

DORA L. ADKINS,

        Plaintiff - Appellant,

    v.

K. JOCHEM, Police Officer from George Mason University
Police Department; EMILY ROSS, Sergeant from George Mason
University Police Department; J. U. AGUILAR, Police Officer
from George Mason University Police Department,

        Defendants – Appellees,

    and

CITY OF FAIRFAX - GEORGE MASON UNIVERSITY CRIMESOLVERS,
INC.; THE RECTORS AND VISITORS OF GEORGE MASON UNIVERSITY,
University's Legal Counsel's Office.

        Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (1:15-cv-00879-JCC-MSN)

Submitted:  March 29, 2016        Decided:  March 31, 2016

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Dora Adkins, Appellant Pro Se. David Garnett Drummey, GEORGE MASON UNIVERSITY, Fairfax, Virginia, Matthew Robert McGuire, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins seeks to appeal the district court's order denying relief on her 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Adkins v. Jochem, No. 1:15-cv-00879-JCC-MSN (E.D. Va. Nov. 10, 2015). We also deny Adkins' motion for leave to add citations and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

3